United States District Court
Southern District of Texas
**ENTERED**
September 11, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| SCOTT BROWN, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | 3:23-cv-189 |
| ARCHIE HUMPHREY JR., *et al.*, | § § § | |
| Defendants. | § § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On September 8, 2023, the plaintiff filed a notice of voluntary dismissal as to its claims against all defendants, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Dkt. 3.

Accordingly, it is hereby **ORDERED** that all claims asserted by the plaintiff against the defendants in the above-captioned and numbered lawsuit are **DISMISSED WITHOUT PREJUDICE** to refiling.

Each party to bear its own attorneys' fees and costs.

Signed on Galveston Island this 11th day of September, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE